# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 10-27820-ERW |
|---|---|---|
| | § | |
| STEPHEN THOMAS ONEILL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 02/01/2012, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/10/2012          By:  /s/ David P. Leibowitz
                                                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 10-27820-ERW |
|---|---|---|
| | § | |
| STEPHEN THOMAS ONEILL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $19,660.59
*and approved disbursements of*     $9,100.93
*leaving a balance on hand of[1]:*     $10,559.66

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $10,559.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,211.06 | $0.00 | $2,211.06 |
| David P. Leibowitz, Trustee Expenses | $55.24 | $0.00 | $55.24 |
| Lakelaw, Attorney for Trustee Fees | $1,812.50 | $0.00 | $1,812.50 |
| Lakelaw, Attorney for Trustee Expenses | $18.04 | $0.00 | $18.04 |

Total to be paid for chapter 7 administrative expenses:     $4,096.84
Remaining balance:     $6,462.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,462.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $6,462.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $38,031.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $2,499.96 | $0.00 | $424.84 |
| 2 | Chase Bank USA, N.A. | $2,433.38 | $0.00 | $413.52 |
| 3 | Chase Bank USA, N.A. | $2,101.82 | $0.00 | $357.17 |
| 4 | Chase Bank USA, N.A. | $3,587.41 | $0.00 | $609.63 |
| 5 | American Infosource Lp As Agent for | $2,961.65 | $0.00 | $503.29 |
| 6 | Chase Bank USA, N.A. | $557.30 | $0.00 | $94.70 |
| 7 | Chase Bank USA, N.A. | $1,198.91 | $0.00 | $203.74 |
| 8 | RBS Citizens/Kroger | $5,783.43 | $0.00 | $982.81 |
| 9 | GE Money Bank/JC Penney Credit Services | $512.84 | $0.00 | $87.15 |
| 10 | GE Money Bank/PayPal | $1,280.38 | $0.00 | $217.58 |
| 11 | PYOD LLC its successors and assigns as assignee of Citibank | $948.18 | $0.00 | $161.13 |
| 12 | PYOD LLC its successors and | $3,685.74 | $0.00 | $626.34 |

**UST-Form 101-7-NFR (5/1/2011)**

|    |                                                                      |           |        |          |
|----|----------------------------------------------------------------------|-----------|--------|----------|
|    | assigns as assignee of Citibank, NA                                  |           |        |          |
| 13 | PYOD LLC its successors and assigns as assignee of Citibank          | $615.96   | $0.00  | $104.67  |
| 14 | American Express Centurion Bank                                      | $1,577.27 | $0.00  | $268.03  |
| 15 | Fia Card Services, NA/Bank of America                                | $1,549.73 | $0.00  | $263.35  |
| 16 | Fia Card Services, NA/Bank of America                                | $3,100.40 | $0.00  | $526.87  |
| 17 | Fia Card Services, NA/Bank of America                                | $3,636.69 | $0.00  | $618.00  |

Total to be paid to timely general unsecured claims:   $6,462.82
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

**UST-Form 101-7-NFR (5/1/2011)**

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-27820-ERW
Stephen Thomas O'Neill                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: arodarte              Page 1 of 3              Date Rcvd: Jan 11, 2012
                               Form ID: pdf006             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2012.
db          #+Stephen Thomas O'Neill,    184 W. Hamilton,    Palatine, IL 60067-3486
15743619     +American Express,   c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16232362     +American Express,   PO Box 981535,    El Paso, TX 79998-1535
16473115      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15743621      Bank Of America,   4060 Ogletown/Stanton Rd,    Newark, DE 19713
15743622     +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16232360     +Bill Me Later,   PO Box 2394,    Omaha, NE 68103-2394
16089023     +Bonaventure Medical Foundation,   c/o ICS Collection Service,    PO Box 1010,
               Tinley Park, IL 60477-9110
15743624     +Charter One,   in c/o Citizins Bank,    480 Jefferson Blvd. #135,    Warwick, RI 02886-1359
15743625     +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
16120659      Chase Bank USA, N.A.,   PO Box 15145,    Wilmington, DE 19850-5145
15743629     +Chase- Bp,   P.o. Box 15298,    Wilmington, DE 19850-5298
15743630     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
16089022     +Dr Ignacio,   519 Dundee Rd,    Dundee, IL 60118-1642
15743632     +First Premier Bank,   First Premier Bank,    PO Box 5524,   Sioux Falls, SD 57117-5524
15743631     +First Premier Bank,   Po Box 5524,    Sioux Falls, SD 57117-5524
15743636     +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
15743635     +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
16089020     +Medical Center Anesthesia,   2413 W Algonquin Road #608,    Algonquin, IL 60102-9402
16089021     +Neopath SC,   520 E 22nd St,    Lombard, IL 60148-6110
16232358     +Northwest Healthcare Associates,    2360 Hassell Rd Suite F,    Hoffman Estates, IL 60169-2171
16089019     +Northwest Oncology and Hematology,    3701 Algonquin Rd #900,    Rolling Meadows, IL 60008-3193
16393574     +RBS Citizens,   480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
15743638     +Rbs Citizens Na,   1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
15743639     +Rshk/cbsd,   Attn.: Centralized Bankruptcy,    Po Box 20363,   Kansas City, MO 64195-0363
15743640     +Sears/cbsd,   Sears Bk Recovery,    Po Box 20363,   Kansas City, MO 64195-0363
15743641     +Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
15743642     +Standard Consumer USA,   8585 N. Stemmons Fwy #1100-n,    Dallas, TX 75247-3822
16089018     +Suburban Surgical Assistants Inc,    PO Box 369,   New Lenox, IL 60451-0369
15743643     +Tnb-visa,   Po Box 560284,    Dallas, TX 75356-0284
15743644     +Worlds Foremost Bank N,   4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15743620      E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 12 2012 01:25:11      American Honda Finance,
               Attn: Bankruptcy,   3625 West Royal Lane Suite 200,    Irving, TX 75063
16232361     +E-mail/Text: bkr@cardworks.com Jan 12 2012 01:38:42     Advanta Credit Card,    PO Box 9217,
               Old Bethpage, NY 11804-9017
16154700      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2012 04:34:38
               American Infosource Lp As Agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
16486527      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2012 04:34:39
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16438569      E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2012 03:04:09      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15743633     +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2012 03:04:09      Gemb/jcp,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
15743634     +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2012 03:04:09      Gembppbycr,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
15743637     +E-mail/Text: bankrup@nicor.com Jan 12 2012 01:24:43     Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,   Aurora, IL 60507-0190
16459604     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 12 2012 01:24:35
               PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
16459638     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 12 2012 01:24:35
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Lakelaw
15743623*      +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
15743626*      +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
15743627*      +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
15743628*      +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
16232359     ##+Diversified Services Group,   5800 E Thomas Rd #107,   Scottsdale, AZ 85251-7510
                                                                                      TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: arodarte              Page 2 of 3                Date Rcvd: Jan 11, 2012
                               Form ID: pdf006             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2012**                           **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: arodarte              Page 3 of 3              Date Rcvd: Jan 11, 2012
                               Form ID: pdf006             Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2012 at the address(es) listed below:

          David J Frankel    on behalf of Creditor   American Honda Finance Corp dfrankel@sormanfrankel.com, bbehanna@sormanfrankel.com
          David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          James Matthew Allen    on behalf of Debtor Stephen O'Neill jamesattyallen@aol.com
          Monette W Cope    on behalf of Creditor   RBS Citizens, N.A. ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                   TOTAL: 5