**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-27820-ERW |
| | § | |
| STEPHEN THOMAS ONEILL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $183,697.00 | Assets Exempt: | $77,135.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,927.95 | Claims Discharged Without Payment: | $41,706.23 |
| Total Expenses of Administration: | $5,682.64 | | |

3)   Total gross receipts of $19,660.59 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $5,050.00 (see **Exhibit 2),** yielded net receipts of $14,610.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $173,139.00 | $2,465.13 | $2,465.13 | $2,465.13 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $5,682.64 | $5,682.64 | $5,682.64 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $44,956.00 | $38,031.05 | $38,031.05 | $6,462.82 |
| **Total Disbursements** | $218,095.00 | $46,178.82 | $46,178.82 | $14,610.59 |

 4). This case was originally filed under chapter 7 on 06/21/2010. The case was pending for 23 months.

 5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: 05/31/2012             By:   /s/ David P. Leibowitz
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1930 Ford Model A tudor sedan listed for sale at Volo auto muesuem for 14,000 | 1129-000 | $11,000.00 |
| 1941 Ford Deluxe sedan in storage | 1129-000 | $8,655.55 |
| Interest Earned | 1270-000 | $5.04 |
| **TOTAL GROSS RECEIPTS** | | $19,660.59 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Diane Stone as Executor of Steve O'Neill's Will | Exemptions | 8100-002 | $5,050.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $5,050.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance | 4110-000 | $15,128.00 | NA | $0.00 | $0.00 |
| | Charter One | 4110-000 | $147,879.00 | NA | $0.00 | $0.00 |
| | First Premier Bank | 4110-000 | $2,126.00 | NA | $0.00 | $0.00 |
| | First Premier Bank | 4110-000 | $2,126.00 | NA | $0.00 | $0.00 |
| | First Premier Bank | 4120-000 | NA | $2,465.13 | $2,465.13 | $2,465.13 |
| | Standard Consumer USA | 4110-000 | $5,880.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $173,139.00 | $2,465.13 | $2,465.13 | $2,465.13 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,211.06 | $2,211.06 | $2,211.06 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $55.24 | $55.24 | $55.24 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, Ltd | 2300-000 | NA | $8.84 | $8.84 | $8.84 |
| Volo Classic Cars | 2410-000 | NA | $1,475.00 | $1,475.00 | $1,475.00 |
| Green Bank | 2600-000 | NA | $101.96 | $101.96 | $101.96 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,812.50 | $1,812.50 | $1,812.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $18.04 | $18.04 | $18.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,682.64 | $5,682.64 | $5,682.64 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-900 | $2,550.00 | $2,499.96 | $2,499.96 | $424.84 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $2,045.00 | $2,433.38 | $2,433.38 | $413.52 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $1,244.00 | $2,101.82 | $2,101.82 | $357.17 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $3,701.00 | $3,587.41 | $3,587.41 | $609.63 |
| 5 | American Infosource Lp As Agent for | 7100-900 | $3,023.00 | $2,961.65 | $2,961.65 | $503.29 |
| 6 | Chase Bank USA, N.A. | 7100-900 | $692.00 | $557.30 | $557.30 | $94.70 |
| 7 | Chase Bank USA, N.A. | 7100-900 | NA | $1,198.91 | $1,198.91 | $203.74 |
| 8 | RBS Citizens/Kroger | 7100-000 | $5,905.00 | $5,783.43 | $5,783.43 | $982.81 |
| 9 | GE Money Bank/JC Penney Credit Services | 7100-900 | $374.00 | $512.84 | $512.84 | $87.15 |
| 10 | GE Money Bank/PayPal | 7100-000 | NA | $1,280.38 | $1,280.38 | $217.58 |
| 11 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-900 | $1,067.00 | $948.18 | $948.18 | $161.13 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $3,725.00 | $3,685.74 | $3,685.74 | $626.34 |
| 13 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-900 | $653.00 | $615.96 | $615.96 | $104.67 |
| 14 | American Express Centurion Bank | 7100-900 | $1,630.00 | $1,577.27 | $1,577.27 | $268.03 |
| 15 | Fia Card Services, NA/Bank of America | 7100-900 | $1,622.00 | $1,549.73 | $1,549.73 | $263.35 |
| 16 | Fia Card Services, NA/Bank of America | 7100-900 | $3,361.00 | $3,100.40 | $3,100.40 | $526.87 |
| 17 | Fia Card Services, NA/Bank of America | 7100-900 | $3,226.00 | $3,636.69 | $3,636.69 | $618.00 |
| | Gembppbycr | 7100-000 | $1,329.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $4,798.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $39.00 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $42.00 | NA | NA | $0.00 |
| | Shell Oil / Citibank | 7100-000 | $1,747.00 | NA | NA | $0.00 |
| | Worlds Foremost Bank N | 7100-000 | $2,183.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $44,956.00 | $38,031.05 | $38,031.05 | $6,462.82 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| **Case No.:** | 10-27820-ERW | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | ONEILL, STEPHEN THOMAS | **Date Filed (f) or Converted (c):** | 06/21/2010 (f) |
| **For the Period Ending:** | 5/31/2012 | **§341(a) Meeting Date:** | 08/25/2010 |
| | | **Claims Bar Date:** | 11/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  184 W. Hamilton, Palatine, IL 60067 | $170,000.00 | $7,121.00 | DA | $0.00 | FA |
| 2  Savings account | $50.00 | $0.00 | DA | $0.00 | FA |
| 3  checking account with Charter Bank | $1,300.00 | $0.00 | DA | $0.00 | FA |
| 4  table, chairs, desktop, bedroom set, TV, living room set. | $500.00 | $500.00 | DA | $0.00 | FA |
| 5  regular clothing | $150.00 | $0.00 | DA | $0.00 | FA |
| 6  401K pension | $50,585.00 | $0.00 | DA | $0.00 | FA |
| 7  340 shares with Ford stock in 401k | $4,600.00 | $0.00 | DA | $0.00 | FA |
| 8  1930 Ford Model A tudor sedan listed for sale at Volo auto muesuem for 14,000 | $11,000.00 | $7,224.00 | DA | $11,000.00 | FA |
| 9  1941 Ford Deluxe sedan in storage | $3,500.00 | $0.00 | DA | $8,655.55 | FA |
| 10  1967 Volskwagen sedan | $5,000.00 | $0.00 | DA | $0.00 | FA |
| 11  2009 Honda Fit | $14,147.00 | $0.00 | DA | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | DA | $5.04 | FA |

**TOTALS (Excluding unknown value)**                                                **Gross Value of Remaining Assets**

                      **$260,832.00**               **$14,845.00**                                       **$19,660.59**         **$0.00**

**Major Activities affecting case closing:**
    1941 Ford Deluxe currently at VOLO for sale
    TFR Completed for Trustee's review.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/28/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 02/09/2012 | DAVID LEIBOWITZ |

| Case No. | 10-27820-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ONEILL, STEPHEN THOMAS | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2044 | | Checking Acct #: | ******2001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/21/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/31/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $15,711.62 | | $15,711.62 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.91 | $15,706.71 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $22.07 | $15,684.64 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $25.31 | $15,659.33 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $26.08 | $15,633.25 |
| 10/28/2011 | 5001 | Diane Stone as Executor of Steve O'Neill's Will | Claimed exemptions on 1930 Ford Model A Tudor Sedan and 1941 Ford Deluxe sedan. | 8100-002 | | $5,050.00 | $10,583.25 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $23.59 | $10,559.66 |
| 02/02/2012 | 5002 | Lakelaw | Claim #: ; Amount Claimed: 1,812.50; Amount Allowed: 1,812.50; Distribution Dividend: 100.00; | 3110-000 | | $1,812.50 | $8,747.16 |
| 02/02/2012 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 18.04; Amount Allowed: 18.04; Distribution Dividend: 100.00; | 3120-000 | | $18.04 | $8,729.12 |
| 02/02/2012 | 5004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $55.24 | $8,673.88 |
| 02/02/2012 | 5005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,211.06 | $6,462.82 |
| 02/02/2012 | 5006 | Chase Bank USA, N.A. | Claim #: 1; Amount Claimed: 2,499.96; Amount Allowed: 2,499.96; Distribution Dividend: 16.99; | 7100-900 | | $424.84 | $6,037.98 |
| 02/02/2012 | 5007 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 2,433.38; Amount Allowed: 2,433.38; Distribution Dividend: 16.99; | 7100-900 | | $413.52 | $5,624.46 |
| 02/02/2012 | 5008 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 2,101.82; Amount Allowed: 2,101.82; Distribution Dividend: 16.99; | 7100-900 | | $357.17 | $5,267.29 |
| 02/02/2012 | 5009 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 3,587.41; Amount Allowed: 3,587.41; Distribution Dividend: 16.99; | 7100-900 | | $609.63 | $4,657.66 |
| 02/02/2012 | 5010 | American Infosource Lp As Agent for | Claim #: 5; Amount Claimed: 2,961.65; Amount Allowed: 2,961.65; Distribution Dividend: 16.99; | 7100-900 | | $503.29 | $4,154.37 |
| 02/02/2012 | 5011 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 557.30; Amount Allowed: 557.30; Distribution Dividend: 16.99; | 7100-900 | | $94.70 | $4,059.67 |
| 02/02/2012 | 5012 | Chase Bank USA, N.A. | Claim #: 7; Amount Claimed: 1,198.91; Amount Allowed: 1,198.91; Distribution Dividend: 16.99; | 7100-900 | | $203.74 | $3,855.93 |
| 02/02/2012 | 5013 | RBS Citizens/Kroger | Claim #: 8; Amount Claimed: 5,783.43; Amount Allowed: 5,783.43; Distribution Dividend: 16.99; | 7100-000 | | $982.81 | $2,873.12 |
| 02/02/2012 | 5014 | GE Money Bank/JC Penney Credit Services | Claim #: 9; Amount Claimed: 512.84; Amount Allowed: 512.84; Distribution Dividend: 16.99; | 7100-900 | | $87.15 | $2,785.97 |

**SUBTOTALS** $15,711.62 $12,925.65

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-27820-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ONEILL, STEPHEN THOMAS | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2044 | | Checking Acct #: | ******2001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/21/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/31/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/02/2012 | 5015 | GE Money Bank/PayPal | Claim #: 10; Amount Claimed: 1,280.38; Amount Allowed: 1,280.38; Distribution Dividend: 16.99; | 7100-000 | | $217.58 | $2,568.39 |
| 02/02/2012 | 5016 | PYOD LLC its successors and assigns as assignee of | Claim #: 11; Amount Claimed: 948.18; Amount Allowed: 948.18; Distribution Dividend: 16.99; | 7100-900 | | $161.13 | $2,407.26 |
| 02/02/2012 | 5017 | PYOD LLC its successors and assigns as assignee of | Claim #: 12; Amount Claimed: 3,685.74; Amount Allowed: 3,685.74; Distribution Dividend: 16.99; | 7100-900 | | $626.34 | $1,780.92 |
| 02/02/2012 | 5018 | PYOD LLC its successors and assigns as assignee of | Claim #: 13; Amount Claimed: 615.96; Amount Allowed: 615.96; Distribution Dividend: 16.99; | 7100-900 | | $104.67 | $1,676.25 |
| 02/02/2012 | 5019 | American Express Centurion Bank | Claim #: 14; Amount Claimed: 1,577.27; Amount Allowed: 1,577.27; Distribution Dividend: 16.99; | 7100-900 | | $268.03 | $1,408.22 |
| 02/02/2012 | 5020 | Fia Card Services, NA/Bank of America | Claim #: 15; Amount Claimed: 1,549.73; Amount Allowed: 1,549.73; Distribution Dividend: 16.99; | 7100-900 | | $263.35 | $1,144.87 |
| 02/02/2012 | 5021 | Fia Card Services, NA/Bank of America | Claim #: 16; Amount Claimed: 3,100.40; Amount Allowed: 3,100.40; Distribution Dividend: 16.99; | 7100-900 | | $526.87 | $618.00 |
| 02/02/2012 | 5022 | Fia Card Services, NA/Bank of America | Claim #: 17; Amount Claimed: 3,636.69; Amount Allowed: 3,636.69; Distribution Dividend: 16.99; | 7100-900 | | $618.00 | $0.00 |
| | | | **TOTALS:** | | $15,711.62 | $15,711.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $15,711.62 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $15,711.62 | |
| | | | **Less: Payments to debtors** | | $0.00 | $5,050.00 | |
| | | | **Net** | | $0.00 | $10,661.62 | |

| For the period of 6/21/2010 to 5/31/2012 | | For the entire history of the account between 06/29/2011 to 5/31/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,711.62 | Total Internal/Transfer Receipts: | $15,711.62 |
| | | | |
| Total Compensable Disbursements: | $10,661.62 | Total Compensable Disbursements: | $10,661.62 |
| Total Non-Compensable Disbursements: | $5,050.00 | Total Non-Compensable Disbursements: | $5,050.00 |
| Total Comp/Non Comp Disbursements: | $15,711.62 | Total Comp/Non Comp Disbursements: | $15,711.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-27820-ERW | |
| **Case Name:** | ONEILL, STEPHEN THOMAS | |
| **Primary Taxpayer ID #:** | ******2044 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/21/2010 | |
| **For Period Ending:** | 5/31/2012 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******7820 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2010 | (8) | Volo Classic Cars Incorporated | Funds received from the sale of vehicle - Liquidated by Debtor's attorney - Money received at the 341 meeting. | 1129-000 | $11,000.00 | | $11,000.00 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.45 | | $11,000.45 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.47 | | $11,000.92 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.45 | | $11,001.37 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.47 | | $11,001.84 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.47 | | $11,002.31 |
| 02/04/2011 | 1001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $8.84 | $10,993.47 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.42 | | $10,993.89 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.47 | | $10,994.36 |
| 04/06/2011 | 1002 | First Premier Bank | Payment of lien on 1941 Ford Tudor. | 4120-000 | | $2,465.13 | $8,529.23 |
| 04/06/2011 | 1003 | Volo Classic Cars | Storage, detail and marketing fee for 3 month including commission. Okay per DPl | 2410-000 | | $1,475.00 | $7,054.23 |
| 04/08/2011 | (9) | Jerry H. Jensen | | 1129-000 | $8,655.55 | | $15,709.78 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.57 | | $15,710.35 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.67 | | $15,711.02 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.60 | | $15,711.62 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $15,711.62 | $0.00 |
| | | | **TOTALS:** | | $19,660.59 | $19,660.59 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $15,711.62 | |
| | | | **Subtotal** | | $19,660.59 | $3,948.97 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $19,660.59 | $3,948.97 | |

| **For the period of 6/21/2010 to 5/31/2012** | | **For the entire history of the account between 08/30/2010 to 5/31/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $19,660.59 | Total Compensable Receipts: | $19,660.59 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,660.59 | Total Comp/Non Comp Receipts: | $19,660.59 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,948.97 | Total Compensable Disbursements: | $3,948.97 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,948.97 | Total Comp/Non Comp Disbursements: | $3,948.97 |
| Total Internal/Transfer Disbursements: | $15,711.62 | Total Internal/Transfer Disbursements: | $15,711.62 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-27820-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ONEILL, STEPHEN THOMAS | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2044 | Money Market Acct #: | ******7820 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/21/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/31/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $19,660.59 | $19,660.59 | $0.00 |

**For the period of 6/21/2010 to 5/31/2012**

| | |
|---|---|
| Total Compensable Receipts: | $19,660.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,660.59 |
| Total Internal/Transfer Receipts: | $15,711.62 |
| | |
| Total Compensable Disbursements: | $14,610.59 |
| Total Non-Compensable Disbursements: | $5,050.00 |
| Total Comp/Non Comp Disbursements: | $19,660.59 |
| Total Internal/Transfer Disbursements: | $15,711.62 |

**For the entire history of the case between 06/21/2010 to 5/31/2012**

| | |
|---|---|
| Total Compensable Receipts: | $19,660.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,660.59 |
| Total Internal/Transfer Receipts: | $15,711.62 |
| | |
| Total Compensable Disbursements: | $14,610.59 |
| Total Non-Compensable Disbursements: | $5,050.00 |
| Total Comp/Non Comp Disbursements: | $19,660.59 |
| Total Internal/Transfer Disbursements: | $15,711.62 |